

*The Law Office of*
Elizabeth E. Macedonio

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Email: Emacedonio@yahoo.com

**MEMO ENDORSED**

6/17/21

Bail Modification Granted

*[signature]* Colleen McMahon

June 17, 2021

**Electronically Filed**

The Honorable Colleen McMahon
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Re: <u>United States v. Denzell Funderburk</u>
19 Cr. 686 (CM)

Dear Judge McMahon:

With the consent of the government and Pretrial Services, I write to respectfully request a modification in Mr. Funderburk's conditions of release.

Mr. Funderburk was arrested and released on October 1, 2019. The conditions of his release include a $50,000 bond with home detention and electronic monitoring. After consulting with Pretrial Officer Rena Bolin, it is requested that the condition of home detention be replaced with that of a curfew to be set by Pretrial Services. Mr. Funderburk will still remain under electronic monitoring.

This application is brought as Mr. Funderburk has secured employment and eliminating the condition of home detention will afford him the opportunity to maintain his job while still under the watchful eye of Pretrial.

I thank your Honor for her consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Denzell Funderburk*

All Parties Via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/21