UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

DENZELL FUNDERBURK,
                              Defendant.
------------------------------------------------------------X

19 Cr. 686-03 (LGS)

24 Cr. 643 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Denzell Funderburk's sentencing hearing will be held on **August 4, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's sentencing submission, if any, shall be filed on or before **July 14, 2025**.  The Government's sentencing submission, if any, shall be filed by **July 17, 2025.**

Dated: April 15, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE