UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

DENZELL FUNDERBURK,

                                  Defendant.
------------------------------------------------------------X

19 Cr. 686-03 (LGS)

24 Cr. 643 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for October 10, 2025, is adjourned to **December 8, 2025, at 11:00 a.m**.

Dated: October 10, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**