UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

           :

UNITED STATES OF AMERICA,        :

           :

           :      19 Cr. 686-03 (LGS)

      -against-        :

           :      24 Cr. 643 (LGS)

DENZELL FUNDERBURK,        :

           Defendant.  :      ORDER

----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for January 12, 2026, is adjourned to **January 13, 2026, at 11:00 a.m**.

Dated: January 12, 2026
      New York, New York

                                LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE